# United States District Court
## For The Western District of North Carolina

UNITED STATES OF AMERICA

V.

ERIC BRIAN KING

**FILED IN COURT ASHEVILLE, N. C.**

**AUG 1 5 2005**

U. S. DISTRICT COURT
W. DIST. OF N. C.

JUDGMENT IN A CRIMINAL CASE
(Petty / Misdemeanor Offenses)

Case Number: 1:05mj204

USM Number:
C. W. McKeller
Defendant's Attorney

**THE DEFENDANT:**

| X | pleaded guilty to count(s) ONE |
| _ | pleaded guilty to violation(s) |
| _ | pleaded not guilty to count(s) |
| _ | pleaded not guilty to violation(s) |

| Title and Section | Nature of Offense | Date Of Offense | Counts |
|---|---|---|---|
| 21:844(a) | Poss methamphetamine | 05/04/05 | ONE |

| X | Counts(s) TWO (is)(are) dismissed on the motion of the United States. |
| _ | Violation Notice(s) (is)(are) dismissed on the motion of the United States. |
| _ | Found not guilty as to: |

**IMPOSITION OF SENTENCE:** That the defendant be imprisoned for **TWO (2) MONTHS**. Defendant to pay a fine in the amount of $2,500 and $25 assessment. Fine and assessment due August 15, 2005. The defendant is to reimburse the United States for court appointed counsel fees.

Defendant is to self report to the United States Marshal on Friday, August 19, 2005 at 9:00 a.m.

Under the sentencing guidelines, this is a TOTAL OFFENSE LEVEL 2 WITH A CRIMINAL HISTORY LEVEL OF 4.

Defendant's Soc. Sec. No.:

Defendant's Mailing Address:

Date of Imposition of Sentence: August 15, 2005

Signature of Judicial Officer

Date: August 15, 2005

**RETURN**

I have executed this Judgment as follows: _____

Defendant delivered on _____ to _____
at _____, with a certified copy of this Judgment.

By _____
United States Deputy Marshal